UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL BILECKY

Defendant.

**INFORMATION**

**COUNT ONE**
**(Trafficking in Circumvention Devices)**

Between on or about February 12, 2013, and on or about April 16, 2013, in the District of Columbia and elsewhere, the defendant, Michael Bilecky, did traffic, for purposes of commercial advantage and private financial gain, in a technology, product, service, and device, knowing that the technology, product, service, and device was primarily designed and produced for the purpose of circumventing a technological measure that effectively controlled access to a copyrighted work, namely AutoCAD Design Suite 2013 Premium Edition by Autodesk, Inc.

**(Trafficking in Circumvention Devices, in violation of Title 17, United States Code, Section 1201(a)(2)(A).)**

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

Michael J. Marando
N.Y. Bar. No. 425035
Assistant United States Attorney
555 4th Street, N.W., Room 4235
Washington, D.C. 20530